En el Tribunal Supremo de Puerto Rico

| IN RE: | |
|---|---|
| CARLOS ORTIZ VELAZQUEZ | CONDUCTA PROFESIONAL<br><br>99TSPR70 |

Número del Caso: AB-97-43,  MC-96-24

Abogados de la Parte Querellante: HON. CARLOS LUGO FIOL
PROCURADOR GENERAL

LCDA. CINTHYA IGLESIAS QUIÑONEZ
PROCURADORA GENERAL AUXILIAR

Abogados de la Parte Querellada: POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 5/7/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos Ortiz Velázquez

AB-97-40
MC-96-24

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de mayo de 1999.

Se accede a la solicitud de reinstalación de Carlos Ortiz Velázquez al ejercicio de la abogacía. El peticionario deberá realizar los pagos que le adeuda al Sr. Julio Morales Nieves, según determinado en la Sentencia dictada por el Tribunal de Primera Instancia durante los próximos doce (12) meses, bajo apercibimiento de sanciones disciplinarias.

Visto el Informe del Procurador General sobre la queja presentada por el Sr. Santos Díaz Rodríguez contra el peticionario Ortiz Velázquez, se ordena el archivo de este asunto.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Negrón García disiente. El Juez Asociado señor Rebollo López y la Juez Asociada señora Naveira de Rodón no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo